607 A.2d 1074

**TYGART RESOURCES, INC., Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.**

Supreme Court of Pennsylvania.

Argued May 6, 1992.

Decided June 11, 1992.

Frank A. Sinon, Jack F. Hurley, Sherill T. Moyer, Harrisburg, for appellant.

Bart J. DeLuca, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order affirmed.

LARSEN and PAPADAKOS, JJ., did not participate in the consideration or decision of this case.